**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re:<br>    JOHNNY L REECE<br>    LINDA REECE<br>             Debtor(s) | Case No. 11-33209 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 08/15/2011.

2) The plan was confirmed on 11/18/2011.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on  NA .

4) The trustee filed action to remedy default by the debtor in performance under the plan on 03/28/2013.

5) The case was dismissed on 06/28/2013.

6) Number of months from filing to last payment: 21.

7) Number of months case was pending: 25.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted: $33,120.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $40,020.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $40,020.00

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $3,000.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $1,594.60 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $4,594.60

Attorney fees paid and disclosed by debtor:   $500.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| AFNI INC | Unsecured | 1,037.00 | 1,037.70 | 1,037.70 | 94.62 | 0.00 |
| ALLIED COLLECTION SVC | Unsecured | 98.00 | NA | NA | 0.00 | 0.00 |
| AMERICREDIT FINANCIAL DBA GM I | Secured | 12,275.00 | 12,275.00 | 12,275.00 | 7,443.81 | 686.74 |
| AMERICREDIT FINANCIAL DBA GM I | Unsecured | NA | 6,364.73 | 6,364.73 | 580.36 | 0.00 |
| ANESTHESIA CONSULTANTS | Unsecured | 172.00 | NA | NA | 0.00 | 0.00 |
| ARMOR SYSTEMS CORP | Unsecured | 165.00 | NA | NA | 0.00 | 0.00 |
| ASSET ACCEPTANCE CORP | Unsecured | NA | 690.08 | 690.08 | 62.92 | 0.00 |
| BEST PRACTICES INPATIENT CARE | Unsecured | 152.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL RECOVERY SYSTEM | Unsecured | 239.00 | NA | NA | 0.00 | 0.00 |
| CENTEGRA MEMORIAL MEDICAL | Unsecured | 87.00 | NA | NA | 0.00 | 0.00 |
| CERTIFIED SERVICES | Unsecured | 32.00 | NA | NA | 0.00 | 0.00 |
| CERTIFIED SERVICES INC | Unsecured | 1,308.00 | 113.05 | 113.05 | 10.31 | 0.00 |
| CERTIFIED SERVICES INC | Unsecured | 694.00 | 510.00 | 510.00 | 46.50 | 0.00 |
| FFCC COLUMBUS INC | Unsecured | 207.00 | NA | NA | 0.00 | 0.00 |
| FIFTH THIRD MORTGAGE COMPANY | Secured | 6,791.00 | 6,791.00 | 6,791.00 | 6,791.00 | 0.00 |
| FIFTH THIRD MORTGAGE COMPANY | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| FOX LAKE FIRE & RESCUE | Unsecured | 1,380.00 | NA | NA | 0.00 | 0.00 |
| GLOBAL MEDICAL IMAGING | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| GLOBAL PAYMENTS | Unsecured | 183.00 | NA | NA | 0.00 | 0.00 |
| GLOBAL PAYMENTS | Unsecured | 125.00 | NA | NA | 0.00 | 0.00 |
| GLOBAL PAYMENTS | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| GLOBAL PAYMENTS | Unsecured | 186.00 | NA | NA | 0.00 | 0.00 |
| GLOBAL PAYMENTS | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| GLOBAL PAYMENTS | Unsecured | 175.00 | NA | NA | 0.00 | 0.00 |
| GLOBAL PAYMENTS | Unsecured | 180.00 | NA | NA | 0.00 | 0.00 |
| GLOBAL PAYMENTS | Unsecured | 160.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| GREENLEAF ORTHOPAEDIC ASSOC | Unsecured | 952.00 | NA | NA | 0.00 | 0.00 |
| H&R ACCOUNTS INC | Unsecured | 305.00 | NA | NA | 0.00 | 0.00 |
| IC SYSTEM | Unsecured | 213.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS BONE & JOINT CENTER | Unsecured | 1,430.00 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | NA | 726.22 | 726.22 | 66.22 | 0.00 |
| KEYNOTE CONSULTING INC | Unsecured | 329.00 | NA | NA | 0.00 | 0.00 |
| LAKE FOREST HOSPITAL | Unsecured | 6,000.00 | NA | NA | 0.00 | 0.00 |
| LAKE FOREST HOSPITAL | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| MEDCLR INC | Unsecured | 349.00 | NA | NA | 0.00 | 0.00 |
| MEDICAL RECOVERY SPECIALISTS | Unsecured | 331.00 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CREDIT GUIDE | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CREDIT GUIDE | Unsecured | 123.00 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CREDIT GUIDE | Unsecured | 282.00 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CREDIT GUIDE | Unsecured | 168.00 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CREDIT GUIDE | Unsecured | 136.00 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CREDIT GUIDE | Unsecured | 119.00 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CREDIT GUIDE | Unsecured | 160.00 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CREDIT GUIDE | Unsecured | 169.00 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CREDIT GUIDE | Unsecured | 214.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND CREDIT MGMT | Unsecured | 434.00 | 433.81 | 433.81 | 39.55 | 0.00 |
| MIDWEST DENTAL | Unsecured | 850.00 | 753.00 | 753.00 | 68.66 | 0.00 |
| NAVY EXCHANGE SERVICE COMMA | Unsecured | 265.00 | 264.94 | 264.94 | 24.16 | 0.00 |
| NAVY EXCHANGE SERVICE COMMA | Unsecured | NA | 87.00 | 87.00 | 7.93 | 0.00 |
| NAVY FEDERAL CREDIT UNION | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NAVY FEDERAL CREDIT UNION | Unsecured | 2,000.00 | 3,886.50 | 3,886.50 | 354.37 | 0.00 |
| NAVY FEDERAL CREDIT UNION | Unsecured | 45,814.00 | 46,017.53 | 46,017.53 | 4,196.07 | 0.00 |
| NCO FINANCIAL SYSTEMS INC | Unsecured | 216.00 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS INC | Unsecured | 1,187.00 | NA | NA | 0.00 | 0.00 |
| NEX/MIL STAR/EXCHANGE | Unsecured | 739.00 | 1,085.14 | 1,085.14 | 98.94 | 0.00 |
| NORTHSHORE UNIVERSITY HEALTH | Unsecured | 1,276.00 | NA | NA | 0.00 | 0.00 |
| NORTHWEST COLLECTORS | Unsecured | 1,560.00 | NA | NA | 0.00 | 0.00 |
| NORTHWEST COMMUNITY HOSPITA | Unsecured | 3,800.00 | NA | NA | 0.00 | 0.00 |
| PFG OF MINNESOTA | Unsecured | 1,640.00 | NA | NA | 0.00 | 0.00 |
| PREMIER BANKCARD/CHARTER | Unsecured | 429.00 | 428.95 | 428.95 | 39.11 | 0.00 |
| PROFESSIONAL ACCOUNT MGMT | Unsecured | 90.00 | NA | NA | 0.00 | 0.00 |
| REGIONAL ACCEPTANCE CORPORA | Unsecured | NA | 76.28 | 76.28 | 6.96 | 0.00 |
| REGIONAL ACCEPTANCE CORPORA | Secured | 22,077.00 | 22,077.00 | 22,077.00 | 13,381.12 | 1,235.69 |
| RJM ACQUISITIONS LLC | Unsecured | 88.00 | 88.37 | 88.37 | 8.06 | 0.00 |
| RJM ACQUISITIONS LLC | Unsecured | NA | 358.73 | 358.73 | 32.71 | 0.00 |
| STATE COLLECTION SERVICE | Unsecured | 407.00 | NA | NA | 0.00 | 0.00 |
| TRANSWORLD SYSTEMS | Unsecured | 151.00 | NA | NA | 0.00 | 0.00 |
| TRIDENT ASSET MNGMT | Unsecured | 166.00 | NA | NA | 0.00 | 0.00 |
| TRIDENT ASSET MNGMT | Unsecured | 91.00 | NA | NA | 0.00 | 0.00 |
| UNITED COLLECTIONS | Unsecured | 83.00 | NA | NA | 0.00 | 0.00 |
| US DEPARTMENT OF EDUCATION | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| WELLS FARGO BANK | Unsecured | NA | 1,640.62 | 1,640.62 | 149.59 | 0.00 |

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $6,791.00 | $6,791.00 | $0.00 |
| Debt Secured by Vehicle | $34,352.00 | $20,824.93 | $1,922.43 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$41,143.00** | **$27,615.93** | **$1,922.43** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$64,562.65** | **$5,887.04** | **$0.00** |

| **Disbursements:** | |
|---|---|
| Expenses of Administration | $4,594.60 |
| Disbursements to Creditors | $35,425.40 |
| **TOTAL DISBURSEMENTS:** | **$40,020.00** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 09/06/2013                By: /s/ Glenn Stearns
                                              Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**